WILLIAM A. CARDY, Appellant, v. CYRUS W. HORTON, JR., Respondent, Impleaded with WALTER HORTON, Defendant.— Order, as resettled, denying motion to vacate judgment affirmed, without costs. The order having been made by the justice who presided at the trial, we are of opinion that it was an exercise by him of the discretion authorized by section 1476 of the Civil Practice Act, which statute does not specify the time within which application for such costs

should be made. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.